UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



UNITED STATES OF AMERICA,     *

   Plaintiff and      *
   Judgment Debtor,    *

            * Civil No. JFM-98-1123
    v.         *

BRYANT M. FITZHUGH,     *

   Defendant and     *
   Judgment Debtor     *

and            *

Eileen Thompson       *
Employee Payroll      *
MD House of Correction   *
P. O. Box 534        *
Jessup, MD 50794-0534   *

   Garnishee       *

FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 25 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## GARNISHEE ORDER

   A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on November 24, 1999, stating that at the time of the service of the Writ, Garnishee had in its possession or under its control personal property belonging to and due Judgment Debtor, and that Garnishee was indebted to Judgment Debtor in the sum of $1,211.43.

   On November 19, 1999, the Judgment Debtor was notified of his right to a hearing on February 1, 2000, a hearing was held at the request of the defendant and judgment debtor at which he attempted to challenge the underlying debt.



Based upon the judgment previously obtained in this case and the debtor failing to state grounds for relief from the judgment under Rule 60 Of the Federal Rules of Civil Procedure, this Court overrules the objection; and

IT IS ORDERED that Garnishee pay the sum of 25% of any future claim payments to Judgment Creditor and continue said payments until the debt to the Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Judgment Debtor or until further Order of this Court.

_____        _____
Date                              Judge, U. S. District Court